IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NELLIE BAKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-1204 (AJT/IDD) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This Social Security Disability appeal is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending that Plaintiff's Motion for Summary Judgment [Doc. 8] be granted and Defendant's Motion for Summary Judgment [Doc. 10] be denied. The Magistrate Judge advised the parties that objections to the Report & Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in the administrative record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge.

Accordingly, it is hereby

ORDERED that the findings and recommendations of the Magistrate Judge are hereby ADOPTED and incorporated in full and without modification; and it is further

ORDERED that Plaintiff's Motion for Summary Judgment [Doc. 8] be, and the same hereby is, GRANTED; and the case is REMANDED to the Social Security Administration for further analysis consistent with the Magistrate Judge's findings; and it is further

ORDERED that Defendant's Motion for Summary Judgment [Doc. 10] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 30, 2019